United States District Court
Southern District of Texas
FILED

OCT - 1 2019

AO 91 (Rev 8/01)   Criminal Complaint

David J. Bradley, Clerk

# United States District Court

**SOUTHERN** **DISTRICT OF** **TEXAS**

**McALLEN DIVISION**

UNITED STATES OF AMERICA
V.
Nelson Iovanne Ortiz

**CRIMINAL COMPLAINT**

Case Number:   M-19-2341-M

IAE   YOB: 1981
El Salvador
(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about **September 29, 2019** in **Hidalgo** County, in the **Southern** District of **Texas**

(Track Statutory Language of Offense)

being then and there an alien who had previously been deported from the United States to El Salvador in pursuance of law, and thereafter was found near Cuevitas, Texas, within the Southern District of Texas, the Attorney General of the United States and/or the Secretary of Homeland Security, not theretofore having consented to a reapplication by the defendant for admission into the United States;

in violation of Title **8** United States Code, Section(s) **1326** **(Felony)**

I further state that I am a(n) **Border Patrol Agent** and that this complaint is based on the following facts:

Nelson Iovanne Ortiz was encountered by Border Patrol Agents near Cuevitas, Texas on September 29, 2019. The investigating agent established that the defendant was an undocumented alien and requested record checks. The defendant claims to have illegally entered the United States on September 29, 2019, near Hidalgo, Texas. Record checks revealed the defendant was formally deported/excluded from the United States on August 9, 2010 through New Orleans, Louisiana. Prior to deportation/exclusion the defendant was instructed not to return to the United States without permission from the U.S. Attorney General and/or the Secretary of Homeland Security. On December 3, 2002, the defendant was convicted of Hit & Run - Personal Injury, Attended Property and sentenced to five (5) years imposed, three (3) years suspended.

*approved by AUSA Frances E. Bloher on 10/1/2019.*

Continued on the attached sheet and made a part of this complaint: ☐ Yes ☒ No

Signature of Complainant
Kellen Meador   Border Patrol Agent

October 1, 2019   8:25 am

Peter E. Ormsby   , U.S. Magistrate Judge
Name and Title of Judicial Officer   Signature of Judicial Officer